UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

    Plaintiff,

v.

UNKNOWN PERTU et al.,

    Defendants.
_____/

Case No. 2:19-cv-123

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: August 30, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge